IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FOREVER GREEN ATHLETIC FIELDS, INC., | : | CIVIL ACTION |
| Putative Debtor/Appellee | : | |
| v. | : | |
| | : | |
| CHARLES DAWSON, KELLY DAWSON and COHEN SEGLIAS PALLAS GREENHALL & FURMAN, | : | NO. 14-641 |
| Petitioning Creditors/Appellants | : | |

## ORDER

AND NOW, this 13th day of August, 2014, upon consideration of Appellants' Brief (docket entry # 5), Appellee's Brief (docket entry # 6) and Appellants' Reply thereto, and for the reasons articulated in the accompanying Memorandum, it is hereby ORDERED that:

1. The November 1, 2013 Order of the Bankruptcy Court is AFFIRMED; and

2. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.